United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Holden Roberts Associates LLC  
    Debtor

Case No. 22-13395-mdc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1  
Date Rcvd: Dec 22, 2022     Form ID: 130     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Holden Roberts Associates LLC, 71 West Sproul Road, Springfield, PA 19064-2119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEE M. HERMAN | on behalf of Debtor Holden Roberts Associates LLC lmh@lmhlaw.com courtfiling@lmhlaw.com;leemhermanesquire@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                               Chapter: 11
     Holden Roberts Associates LLC

                    Debtor(s)              Bankruptcy No: 22−13395−mdc

***O R D E R***

**AND NOW,** this 22nd day of December, 2022, the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Statement of Corporate Ownership due 01/4/2023.
    20 Largest Unsecured Creditors due 01/4/2023.
    Atty Disclosure Statement due 01/4/2023.
    Statement of Financial Affairs due 01/4/2023.
    Statistical Summary of Certain Liabilities Form B206 due 01/4/2023.
    Schedule A/B, D, E/F, G, H, due 01/04/2023.

    Small Business Balance Sheet or a Statement Pursuant to 11:1116(B)
    that no such document has been prepared is due 01/4/2023.

    Small Business Cash Flow Statement or a Statement Pursuant to 11:1116(B)
    that no such document has been prepared is due 01/4/2023.

    Small Business Statement of Operations or a Statement Pursuant to 11:1116(B)
    that no such document has been prepared is due 01/4/2023.

    Small Business Tax Return or a Statement Pursuant to 11:1116(B)
    that no such document has been prepared is due 01/4/2023.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                         By the Court

                                                        Magdeline D. Coleman
                                        Chief Judge , United States Bankruptcy Court